IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ABG EPE IP, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**+8615036264517 Store,** *et al.*,<br><br>*Defendants*. | Case No.: 1:24-cv-0848-SEG |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff ABG EPE IP, LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. Jinhua Manqian Trading Co., Ltd.

2. TIANJING Store

3. Wuyi Paiyue Trading Co., Ltd..

Dated: May 3, 2024.

>Respectfully submitted,
>THE SLADKUS LAW GROUP
>
>*s/ Abbie Cook*
>Carrie A. Hanlon
>Ga. Bar No. 289725
>E-mail: carrie@sladlaw.com

Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com
Abbie Cook
Ga. Bar No. 905603
E-mail: abbie@sladlaw.com

1397 Carroll Drive
Atlanta, Georgia 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

***Attorneys for Plaintiff***